JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CARVER, | Case No. 8:20-cv-00859-JVS-ADS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Having granted Defendant's motion to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

IT I SO ORDERED.

Date: November 12, 2024

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE